# IN THE SUPREME COURT OF PENNSYLVANIA

| In the Matter of | : | No. 932 Disciplinary Docket No. 3 |
|---|---|---|
| | : | |
| | : | Nos. 113 DB 2004 |
| MICHAEL RADBILL | : | |
| | : | Attorney Registration No. 17053 |
| | : | |
| PETITION FOR REINSTATEMENT | : | (Philadelphia) |

## O R D E R

**PER CURIAM:**

**AND NOW**, this 19th day of November, 2015, upon consideration of the Report and Recommendations of the Disciplinary Board, the Petition for Reinstatement is denied. Petitioner is directed to pay the expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement, pursuant to Pa.R.D.E. 218(f).